992 A.2d 109

COMMONWEALTH of Pennsylvania, Respondent

v.

Timothy McKINNEY, Petitioner.

Supreme Court of Pennsylvania.

April 7, 2010.

## ORDER

PER CURIAM.

AND NOW, this 7th day of April, 2010, the Petition for Allowance of Appeal is GRANTED, limited to the following question:

By failing to include a Pa.R.A.P. 2119(f) statement in his brief to the Superior Court, did Petitioner waive his constitutional challenge to the portion of the sentencing order conditioning his probation and parole on his agreeing to random searches of his residence?